



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

1:26-cv-02437
Judge Robert W. Gettleman
Magistrtate Judge Heather K. McShain
Random/Cat 2

ELANDA CAWLEY, Plaintiff,

v.

ALDI, INC., Defendant.

**RECEIVED**

MAR - 4 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COMPLAINT

## I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331.

3. Venue is proper in this District because the unlawful employment practices occurred in Cook County, Illinois.

4. Plaintiff filed a Charge of Discrimination with the EEOC under Charge No. 440-2025-00960.

5. On December 3, 2025, the EEOC issued a Notice of Right to Sue.

6. Plaintiff files this action within ninety (90) days of receipt of that Notice.

## II. PARTIES

7. Plaintiff is an African-American female and resident of Illinois.

8. Defendant Aldi, Inc. is an employer within the meaning of Title VII.

## III. FACTUAL ALLEGATIONS

9. Plaintiff was hired as a Transportation Coordinator.

10. Plaintiff was qualified and performed her duties satisfactorily.

11. Plaintiff was subjected to racially offensive remarks and conduct.

12. Plaintiff reported racial discrimination and unequal treatment.

13. Plaintiff was denied training and system access provided to similarly situated white employees.

14. After reporting discrimination, Plaintiff was subjected to increased scrutiny.

15. On March 14, 2025, Plaintiff was terminated.

16. Similarly situated white employees were not terminated under comparable circumstances.

17. Plaintiff's race was a motivating factor in Defendant's actions.

COUNT I – Race Discrimination (Title VII)

18. Plaintiff realleges the above paragraphs.

19. Plaintiff is a member of a protected class.

20. Plaintiff suffered adverse employment action including termination.

21. Defendant violated Title VII.

COUNT II – Hostile Work Environment (Title VII)

22. Plaintiff was subjected to unwelcome conduct based on race.

23. The conduct created a hostile work environment.

24. Defendant failed to take corrective action.

COUNT III – Retaliation (Title VII)

25. Plaintiff engaged in protected activity by reporting discrimination.

26. Plaintiff was terminated after engaging in protected activity.

27. Defendant violated Title VII's anti-retaliation provisions.

PRAYER FOR RELIEF

Plaintiff requests:

A. Back pay and lost benefits;

B. Front pay;

C. Compensatory damages;

D. Punitive damages;

E. Costs of suit;

F. Trial by jury.

Respectfully submitted,

Elanda Cawley

Plaintiff, Pro Se

3/2/26



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/03/2025

**To:** Ms. Elanda Cawley
9721 S Hoxie AV
Chicago, IL 60617
Charge No: 440-2025-03090

EEOC Representative and email:   KATARZYNA HAMMOND
INVESTIGATOR
KATARZYNA.HAMMOND@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-03090.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
12/03/2025

Amrith Kaur Aakre
District Director

Cc:
Jack Jablonsky
1245 Corporate Blvd.
Aurora, IL 60505

NA NA
1200 N KIRK RD
BATAVIA, IL 60510

Jack Jablonsky
1245 Corporate Blvd.
Aurora, IL 60505


Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2025-03090 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2025-03090 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.